John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel:  (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
Brett Johnson

Michael Charles Serverian, SBN 122203
**RANKIN LAHDE SERVERIAN & STOCK**
96 N 3rd Street, #5000
San Jose, CA  95112
Telephone: (408) 293-0463
Facsimile: (408) 293-9514
mserverian@rllss.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SAN BENITO COUNTY; PATRICK TURTURICI; TONY LAMONICA; and, DOES 1-20, inclusive,<br><br>    Defendants. | Case No. CV 12-03691 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR PLAINTIFF TO AMEND HIS COMPLAINT TO FEBRUARY 28, 2013** |

## INTRODUCTION

The parties, plaintiff Brett Johnson and defendants San Benito County, Patrick Turturici and Tony LaMonica, through counsel, jointly submit this stipulation and proposed order seeking an adjustment to the case-management schedule to extend the deadline for the plaintiff to amend his complaint and add new parties from January 31, 2013 to February 28, 2013. This would allow the plaintiff one extra month to obtain necessary discovery that is currently unavailable relating to the Department of Justice investigation, and, deposition testimony. Since the case-management conference, defendants' counsel discovered he must subpoena records from the Department of Justice (DOJ) to produce them to the plaintiff. Further, defendants' counsel's impacted January 2013 trial calendar prevented the parties from setting depositions until early February, 2013. Accordingly, the parties stipulate and request this Court extend this deadline by one month.

- 1 -

**STIPULATION & [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT**

**STIPULATION**

The parties have been diligently meeting and conferring and make this request based on good cause. The plaintiff advised this Court of his intention to amend his complaint to conform to proof in the joint case-management statement dated November 29, 2012. In its December 5, 2012 scheduling order, this Court set a deadline of January 31, 2013 for plaintiff to amend or add new parties. When the parties agreed to this date at the December conference, the plaintiff was not aware that: (1) the DOJ report and underlying records would only be produced in response to a subpoena; or, (2) defendants' counsel's trial calendar prevented depositions from being set until early February 2013. The defendants would not be prejudiced by this amendment because no depositions have been taken, discovery is ongoing, and the trial in this matter is not set until January 13, 2014.

Accordingly, the parties hereby stipulate to and request this Court extend the deadline in the pending case-management order to permit the plaintiff to amend his complaint and add new parties from January 31, 2013 to February 28, 2013.

Dated**:** January 3, 2013    **SCOTT LAW FIRM**

By: /s/ Lizabeth N. de Vries
Lizabeth N. de Vries
Attorneys for Plaintiff

Dated: January 3, 2013    **RANKIN LANDSNESS LAHDE SERVERIAN & STOCK**

By:/s/ Michael C. Severian
Michael C. Serverian
Attorneys for Defendants

- 2 -

**STIPULATION & [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT**

**[P~~ROPOSED~~] O**RDER

Good cause showing and based on the parties' stipulation, the Court extends the deadline for plaintiff Brett Johnson to amend his complaint and add new parties to February 28, 2013.

Date: January 8, 2013

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

**STIPULATION & [P~~ROPOSED~~] ORDER TO EXTEND DEADLINE TO AMEND COMPLAINT**