MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
**SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112-7709
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: mserverian@rllss.com

Attorneys for Defendants
COUNTY OF SAN BENITO (sued as San Benito County), TONY LAMONICA, PATRICK TURTURICI

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRETT JOHNSON, | Case No. CV 12-3691 LHK |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| vs. | |
| SAN BENITO COUNTY, PATRICK TURTURICI, TONY LAMONICA, and DOES 1-20, inclusive, | |
| Defendants. | |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

COMES NOW, PATRICK TURTURICI, and herewith filed this Notice of Substitution of Attorney removing PATRICK TURTURICI's former attorney of record, Michael C. Serverian, Esq., Rankin, Landsness, Lahde, Serverian and Stock, 96 N. Third St., Suite 500, San Jose, California, 95112, 408 293-0463.

Defendant, PATRICK TURTURICI, shall henceforth be represented by:

Mark Davis, Esq. ( SBN: 79936)
Davis,& Young APLC
1960 The Alameda, Suite 210
San Jose, California 95126
408.244.2166 Ph. / 408.244.7815 Fax
Email: Mdavis@davisyounglaw.com

This may be signed in counter-parts.

```
 1   I CONSENT TO THIS SUBSTITUTION.
 2   Dated: 2-7-20-13
                                        _____
 3                                      PATRICK TURTURICI
 4
 5   I CONSENT TO THIS SUBSTITUTION.
 6
 7   Dated: 2-7-2013
                                        RANKIN, LANDSNESS, LAHDE,
 8                                      SERVERIAN & STOCK

 9                              By:     _____
                                        MICHAEL C. SERVERIAN
10                                      Attorneys for Defendants
11
12   I CONSENT TO THIS SUBSTITUTION.
13
     DATED: _____
14                                      DAVIS & YOUNG, APLC
15
                                By:     _____
16                                      MARK DAVIS
```

2
NOTICE OF SUBSTITUTION OF ATTORNEY

1  I CONSENT TO THIS SUBSTITUTION.

2  Dated: _____

                                               PATRICK TURTURICI

5  I CONSENT TO THIS SUBSTITUTION.

7  Dated: _____      RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

By: _____
    MICHAEL C. SERVERIAN
    Attorneys for Defendants

12  I CONSENT TO THIS SUBSTITUTION.

13  DATED: 2-6-13      DAVIS &YOUNG, APLC

By: *Mark Davis*
    MARK DAVIS