John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
Brett Johnson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> SAN BENITO COUNTY; PATRICK TURTURICI; TONY LAMONICA; and, DOES 1-20, inclusive, <br><br> Defendants. | Case No. CV 12-03691 LHK <br><br> **STIPULATION AND [PROPOSED] ORDER FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |

The parties, plaintiff Brett Johnson and defendants San Benito County, Patrick Turturici and Tony LaMonica, through counsel, jointly submitted a stipulation and proposed order seeking an adjustment to the case-management schedule to extend the deadline for the plaintiff to amend his complaint and add new parties from January 31, 2013 to February 28, 2013. Now the parties and new counsel for Patrick Turturici present this stipulation and proposed order to permit plaintiff leave to file his First Amended Complaint on February 28, 2013.

Dated**:** February 28, 2013                                    **SCOTT LAW FIRM**


                                                                                    By: /s/ Lizabeth N. de Vries
                                                                                            Lizabeth N. de Vries
                                                                                            Attorneys for Plaintiff

- 1 -

**STIPULATION & [PROPOSED] ORDER TO GRANT LEAVE TO FILE AMENDED COMPLAINT**

| | |
|---|---|
| Dated: February 28, 2013 | **RANKIN LANDSNESS LAHDE SERVERIAN & STOCK** |
| | By: /s/ Michael C. Serverian<br>Michael C. Serverian<br>Attorneys for Defendants |
| Dated: February 28, 2013 | **DAVIS & YOUNG, APLC** |
| | By: /s/ Mark E. Davis<br>Mark E. Davis<br>Attorneys for Patrick Turturici |

### [PROPOSED] ORDER

Good cause showing and based on the parties' stipulation, the Court grants plaintiff leave to file his First Amended Complaint attached as Exhibit A.

Date: March 1, 2013

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge