UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Brett Johnson, | Case No.: 12-CV-03691-LHK |
| Plaintiff, | |
| v. | ORDER EXTENDING ADR DEADLINE |
| San Benito County, et. al., | |
| Defendants. | |

The parties have filed a stipulation requesting that the parties' deadline to complete an early neutral evaluation be extended from May 24, 2013 to July 31, 2013.  ECF No. 30.  The parties' request is GRANTED.

**IT IS SO ORDERED.**

Dated:  May 28, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge