UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Brett Johnson, | ) Case No.: 12-CV-03691-LHK |
|             Plaintiff, | ) |
|   v. | ) |
| | ) ORDER EXTENDING ADR DEADLINE |
| San Benito County, et. al., | ) |
|             Defendants. | ) |

The parties have filed a stipulation requesting that the parties' deadline to complete an early neutral evaluation be extended from May 24, 2013 to July 31, 2013. ECF No. 30. The parties' request is GRANTED.

**IT IS SO ORDERED.**

Dated: May 28, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03691-LHK
ORDER EXTENDING ADR DEADLINE