UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Brett Johnson, | Case No.: 12-CV-03691-LHK |
| Plaintiff, | |
| v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE TO COMPLETE ENE |
| San Benito County, et. al., | |
| Defendants. | |

The parties filed a Joint Case Management Statement on July 3, 2013. ECF No. 32. In that statement, the parties represent that they have found their own ENE evaluator, Todd Boley, Esq., and that the parties have been diligently meeting and conferring on an ENE date. ECF No. 32, at 10. Since the parties are attempting to schedule August 9, 2013, as their ENE date, they now request that this Court extend the ENE deadline. Accordingly, the Court hereby GRANTS the parties' request to extend the deadline to complete ENE from July 31, 2013, to August 15, 2013. By August 23, 2013, the parties shall file a joint status report regarding the ENE.

The Court CONTINUES the Case Management Conference set for July 10, 2013, to November 7, 2013, at 1:30 p.m. By November 1, 2013, the parties shall file a further Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: July 8, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03691-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND
EXTENDING DEADLINE TO COMPLETE ENE