1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
9       NORTHERN DISTRICT OF CALIFORNIA
10      SAN JOSE DIVISION

**United States District Court**
For the Northern District of California

11  BRETT JOHNSON,                          )   Case No.: 12-CV-03691-LHK
                                            )
12                      Plaintiff,          )
        v.                                  )   ORDER GRANTING DEFENDANTS'
13                                          )   MOTIONS FOR SUMMARY
    SAN BENITO COUNTY, et. al.,             )   JUDGMENT
14                                          )
                        Defendants.         )
15  _____)

16          The Court finds that the pending Motions for Summary Judgment are suitable for decision

17  without a hearing. See Civil Local Rule 7-1(b). Accordingly, the hearing set for November 7, 2013,

18  at 1:30 p.m. is VACATED. The Court further CONTINUES the Case Management Conference set

19  for November 7, 2013, at 1:30 p.m. to December 18, 2013, at 2 p.m.

20
21  **IT IS SO ORDERED.**

    Dated:  November 6, 2013                 *Lucy H. Koh*
22                                           _____
23                                           LUCY H. KOH
                                             United States District Judge
24
25
26
27
28

Case No.:  12-CV-03691-LHK
ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT