UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRETT JOHNSON, | Case No.: 12-CV-03691-LHK |
| Plaintiff, | |
| v. | ORDER VACATING HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE |
| SAN BENITO COUNTY, et. al., | |
| Defendants. | |

The Court finds that the pending Motions for Summary Judgment are suitable for decision without a hearing. See Civil Local Rule 7-1(b). Accordingly, the hearing set for November 7, 2013, at 1:30 p.m. is VACATED. The Court further CONTINUES the Case Management Conference set for November 7, 2013, at 1:30 p.m. to December 18, 2013, at 2 p.m.

**IT IS SO ORDERED.**

Dated:  November 6, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge